**Order entered January 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00864-CV

### JOHNSON & JOHNSON, ET AL., Appellants

### V.

### LINDA BATISTE, Appellee

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-14350**

## ORDER

We **GRANT** appellants' January 20, 2015 unopposed motion for an extension of time to file a reply brief. Appellants shall file their reply brief by **FEBRUARY 16, 2015**.

/s/     ELIZABETH LANG-MIERS
        JUSTICE